AO93(Rev.5/85) Search Warrant

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

2646 BIRNEY PLACE, S.E.
APARTMENT # 101
WASHINGTON, D.C.

**SEARCH WARRANT**

CASE NUMBER:
07 - 229 - M - 01

TO: __Christopher Fiorito__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by _Special Agent Christopher Fiorito_ who has reason to believe that
(name, description and or location)
2646 Birney Place, SE, Apartment 101, Washington, D.C. is described as a multi-family, multi-story dwelling with red brick exterior construction. The windows of the lower floors have black security bars over them. The building is positioned perpendicular to the road with the front entrance accessed by a concrete sidewalk which leads from the road to the front entrance. On the side of the building closest to the road the building number "2646" is clearly displayed with white numbers on a blue background. The front door to the building is a brown in color with a large window. There is a brown metal awning located over the front door. The rear door is also brown with a large window. Over the rear entrance is a brown metal awning. When entering the building through the front door there are approximately 3 steps up and apartment 101 is located on the left. There are no numbers indicating which door is 101 and 102 is directly across the hallway from 101. The door to apartment 101 is of metal construction and brown in color.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Attachment A.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____MAY 31 2007_____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 21 2007  9:54 AM         at Washington, D.C.
Date and Time Issued

Alan Kay, United States Magistrate Judge         _____
Name and Title of Judicial Officer               Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/21/2007 | 05/22/2007 6:00 AM | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED FORM FD-597

**FILED**

MAY 30 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]*

Subscribed, sworn to, and returned before me this date.

*[signature]* — U.S. Judge or U.S. Magistrate Judge     05/30/07

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245D-WF-221187

On (date) 5/22/07

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) 2646 Birney Place, SE #101

(City) Washington, DC.

Description of Item(s): (1) Various financial documents and one photograph; (2) One Nextel cell phone i1000 plus (NULF3424F95); (3) One silver watch with stones (Cannes), one silver watch with stones (Ice Star), one silver watch with stones (Charles Dumont), two rings with stones gold in color, two gold in color earrings with stones; (4) One Nextel i870 camera phone (Redskins), one Nextel i870 silver camera phone, one Canon Powershot A40 digital camera; (5) Numerous photographs; (6) One set of negatives, eleven bootleg CDs; one Motorola photocard, eight floppy disks, one photograph; (7) One black Sanyo/Sprint camera phone; (8) One Dell Dimension 4700 tower computer (CN0XG252-70821-4CF-626M), one DXG digital video camera w/ card

5/22/07

Nothing Follows NN

Received By: _____ (Signature) FBI

Received From: _____ (Signature)
Terrance Hickson