UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**In re Search Warrant**
**for the premises of:**

| | | |
|---|---|---|
| 2646 BIRNEY PLACE, SE, APARTMENT 101 | : | 07-229-01 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| in WASHINGTON, D.C. | : | |

## MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for an Order unsealing the documents and docket entries connected to the above captioned search warrant. The unsealing is now necessary because the search warrant has been executed and the Government must comply with its discovery obligations pursuant to the Federal Rules of Criminal Procedure.

    Respectfully submitted,

    JEFFREY A. TAYLOR, Bar No. 794610
    United States Attorney

    _____
    ARVIND K. LAL, Bar No. 489396
    MATTHEW P. COHEN, Bar No. 469629
    Assistant United States Attorneys
    555 4th Street, N.W., Room 4217
    Washington, DC 20530
    (202) 353-8833 (Lal)
    (202) 514-7427 (Cohen)

Case 1:07-mj-00229-AK   Document 5   Filed 08/16/2007   Page 2 of 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**In re Search Warrant**
**for the premises of:**

| | | |
|---|---|---|
| 2646 BIRNEY PLACE, SE, APARTMENT 101 | : | 07-229-M-01 |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| in WASHINGTON, D.C. | : | |

**ORDER**

Upon consideration of the Government's motion to unseal the above captioned search warrants and the docket entries related thereto, it is hereby

ORDERED that the above captioned matters are unsealed.

_____     _____
Date                                              United States Magistrate Judge