UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**In re Search Warrant**
**for the premises of:**

2646 BIRNEY PLACE, SE, APARTMENT 101         :         07-229-M-01

                                              :

                                              :         **FILED**

                                              :         AUG 1 6 2007

in WASHINGTON, D.C.                           :         NANCY MAYER WHITTINGTON, CLERK
                                                        U.S. DISTRICT COURT

## ORDER

Upon consideration of the Government's motion to unseal the above captioned search warrants and the docket entries related thereto, it is hereby

ORDERED that the above captioned matters are unsealed.

_August 16, 2007_
Date

_____
United States Magistrate Judge